02-10-432-CV












 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO.
02-10-00432-CV

 

 


 
 
 In re Charles Clay Troyer
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                      
------------

The
court has received a supplemental record on abatement showing that the trial
court has rendered a final decree of divorce in accordance with the parties’
mediated settlement agreement and this court’s abatement order. 
Accordingly, relator’s petition for writ of mandamus
is dismissed as moot.

PER CURIAM

 

 

PANEL: 
LIVINGSTON, C.J.; MEIER and GABRIEL, JJ.

 

DELIVERED: 
May 4, 2011


















         
[1]See
Tex. R. App. P. 47.4, 52.8(d).